NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES D. CATO and BONNIE )
BERG CATO, )
)
    Appellants/Cross-Appellees, )
)
v. )    Case No. 2D17-2811
)
PNC BANK, NATIONAL )
ASSOCIATION, )
)
    Appellee/Cross-Appellant. )
_____ )
)
PNC BANK, NATIONAL )
ASSOCIATION, )
)
    Appellant/Cross-Appellee, )
)
v. )
)
CHARLES D. CATO and BONNIE )
BERG CATO, )
)
    Appellees/Cross-Appellants. )
_____ )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

Alan M. Gross of Alan M. Gross, P.A., St.
Petersburg, for Appellants/Cross-
Appellees.

David L. Boyette, Ryan W. Owen and
Drew Chesanek of Adams and Reese

LLP, Sarasota; and Amy B. Kisz and N.
Mark New of McGlinchey Stafford,
Jacksonville, for Appellee/Cross-
Appellants.

PER CURIAM.

Affirmed.

KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.